ACCEPTED
03-15-00303-CV
7655680
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 11:01:55 AM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00303-CV

IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 11:01:55 AM
JEFFREY D. KYLE
Clerk

AUSTIN, TEXAS

---

**Rosa Ena Cantu, Appellant**
**v.**
**Southern Insurance Company and Steve Dollery, Appellees**

---

On Appeal from the 21st Judicial District
Bastrop County, Texas
Trial Court Cause No. 053-21
Hon. Carson Campbell

---

**Unopposed Motion to Extend Time to File Appellees' Brief**

---

TO THE HONORABLE COURT OF APPEALS:

Appellees Southern Insurance Company and Steve Dollery ask the Court to extend the time to file Appellees' Brief.

1. Appellees are Southern Insurance Company and Steve Dollery; Appellant is Rosa Ena Cantu.

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d). The Court may grant a motion to extend time to file a brief and postpone submission of the case on a motion complying with Texas Rule of Appellate Procedure 10.5(b). *Id.*

3.      The deadline to file Appellees' Brief is November 6, 2015.  Appellees request an additional thirty (30) days to file their brief, extending the time until Monday, December 7, 2015.  No previous extension of time has been granted to file Appellees' Brief.

4.      The subject of this appeal is the trial court's dismissal of the underlying action based on dominant jurisdiction. This Court has already affirmed a declaratory judgment in favor of Appellee Southern Insurance in the parties' dispute. *See Cantu v. Southern Ins. Co.*, No. 03-14-00533-CV, 2015 WL 5096858 (Tex. App.–Austin Aug. 25, 2015, no pet.). Although Appellees believe that Appellant's current appeal is without merit, a heavy briefing schedule, including mandamus briefing in the Amarillo Court of Appeals; summary judgment briefing in two federal cases; and an appellate brief in the U.S. Fifth Circuit Court of Appeals, all due by the deadline for Appellees' brief in this case, has left the undersigned with insufficient time to adequately respond to the points raised in Appellant's brief by the current deadline.   The Court granted Appellant two extensions of time to file her brief in this appeal, which Appellees did not oppose. Appellees therefore request a 30-day extension to prepare a brief that will better assist the Court in its deliberations.

5.      This request is not sought for the purpose of delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellees Southern Insurance Company and Steve Dollery respectfully pray that the Court grant this motion to and for such other and further relief to which Appellees may show themselves justly entitled.

Respectfully submitted,

HANNA & PLAUT, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: */s/ Eric S. Peabody*
    Catherine L. Hanna
    State Bar No. 08918280
    channa@hannaplaut.com
    Eric S. Peabody
    State Bar No. 00789539
    epeabody@hannaplaut.com
    Laura D. Tubbs
    State Bar No. 24052792
    ltubbs@hannaplaut.com

**COUNSEL FOR APPELLEES
SOUTHERN INSURANCE
COMPANY AND STEVE
DOLLERY**

## CERTIFICATE OF CONFERENCE

On October 28, 2015, counsel for Appellees conferred with Audrey Guthrie, counsel for Appellant Rosa Ena Cantu, via email regarding this motion. Counsel for Appellant advised that she is unopposed to the relief sought.

*/s/ Eric S. Peabody*
Eric S. Peabody

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to File Appellees' Brief has been forwarded by e-service and/or facsimile on the 3rd day of November, 2015 to:

*Via Facsimile: (713) 467-8883*
M. Chad Gerke
Robert L. Collins
Audrey E. Guthrie
Email: houstonlaw2@aol.com
P.O. Box 7726
Houston, Texas 77270-7726

*Via Facsimile: (713) 467-8883*
Christopher D. Lewis
Email: houstonlaw2@aol.com
1721 West T.C. Jester Blvd.
Houston, Texas 77008

*Counsel for Appellant*

*/s/ Eric S. Peabody*
Eric S. Peabody